LAWRENCE G. BROWN
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:09-CR-356 LKK |
| Plaintiff, | ) |
| | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| v. | ) |
| | ) |
| RUBEN ACOSTA LUGO, | ) |
| GUADALUPE ALBERTO VELARDE ROCHIN, | ) |
| aka Juan Jose Padilla, | ) |
| | ) |
| Defendants. | ) |

This matter came before the Court for a status conference on October 20, 2009, at 9:15 a.m.  The United States was represented by Assistant United States Attorney Todd D. Leras.  Defendants Acosta Lugo and Velarde Rochin were personally present. Assistant Federal Defender Caro E. Marks appeared for Defendant Acosta Lugo, and Attorney Lorie J. Teichert appeared for Defendant Velarde Rochin.

The Court arraigned defendants on a Superseding Indictment. The Superseding Indictment charges Defendant Guadalupe Alberto

Velarde Rochin by his true name.  The original indictment charged Velarde Rochin by an alias, Juan Jose Padilla.  The Court granted the government's motion to dismiss Juan Jose Padilla as a named defendant in this action.

The parties and both defendants agreed to set a status conference date of February 17, 2010, at 9:15 a.m.  Defense counsel expressed their intent to file a motion to suppress evidence.  Both defense counsel further indicated that they needed preparation time to research the law and conduct additional investigation in support of the motion to suppress.  Both defendants consented to the request and the exclusion of time for attorney preparation.

The parties agreed to the following briefing schedule for the motion to suppress evidence:

1. Defendants' motions to be filed on or before January 5, 2010;
2. Government's opposition brief to be filed on or before January 26, 2010;
3. Defendants' reply briefs due on or before February 9, 2010.

The Court ordered the status conference continued to February 17, 2010, at 9:15 a.m.  The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed counsel for the government to prepare a formal order.

/ / /

/ / /

/ / /

**ORDER**

1. The government's motion to dismiss Juan Jose Padilla as a named defendant in this case is granted.

2. The briefing schedule stipulated by the parties for the motion to suppress evidence is adopted by the Court.

3. A status conference is set for February 17, 2010, at 9:15 a.m.

4. Based on the parties' representations and the consent of Defendants to the request, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(B)(iv); and Local Code T-4) shall be excluded up to and including February 17, 2010.

**IT IS SO ORDERED.**

Date: October 23, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT