```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #15927
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RUBEN ACOSTA-LUGO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR-356 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND EVIDENTIARY HEARING |
| v. | |
| RUBEN ACOSTA LUGO, and GUADALUPE ALBERTO VELARDE ROCHIN, | Date: February 23, 2010<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendants. | |

The United States of America, through Todd Leras, Assistant United States Attorney, together with defendants, Ruben Acosta-Lugo and Guadalupe Alberto Velarde Rochin, through their counsel, Caro Marks, AFD, and Lori Teichert, Esq., request that the court vacate the briefing schedule and evidentiary hearing and reset them as follows:

| | OLD SCHEDULE | **NEW SCHEDULE** |
|---|---|---|
| Defendant's motion | 1/5/10 | **1/19/10** |
| Gov't response | 1/19/10 | **2/2/10** |
| Defendant's reply | 2/9/10 | **2/16/10** |

Stipulation And Order/Acosta               1

1 | HEARING ON MOTION         2/17/10         **2/23/10**

2 | The reason for the continuance is to allow the defendants'
3 | expert witness time to travel to the scene of the offense, to take
4 | certain measurements, to research his findings, and to write a report.
5 | Upcoming holiday and vacation schedules make it impracticable for this
6 | witness to have his work completed in accordance with the previous
7 | briefing schedule and hearing date.

8 | Therefore the parties request the court to continue this case for
9 | an evidentiary hearing on February 23, 2010, or in the alternative, for
10 | a status conference at which time this court will indicate whether or
11 | not the issue requires a hearing.  The defense believes that it does.

12 | The parties agree that the Court should exclude the time period
13 | from the date of this order through February 23, 2010, to allow all
14 | parties time to prepare, and to allow continuity of counsel.

15 | The parties further agree that the ends of justice served by
16 | granting the parties' request outweigh the best interest of the public
17 | and the defendant in a speedy trial, and that for the purpose of
18 | computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
19 | within which trial must commence, the Court should exclude the noted
20 | time period pursuant to § 3161(h)(7)(B)(iv), Local Code T4.

21 |

22 | Dated: November 19, 2009          Respectfully submitted,

23 |                                   DANIEL J. BRODERICK
                                       Federal Defender
24 |
                                       /s/ Caro Marks
25 |                                   _____
                                       CARO MARKS
26 |
27 |
28 | Stipulation And Order/Acosta          2

```
Dated: November 19, 2009            LORI TEICHERT

                                    /s/ Lori Teichert
                                    _____
                                    LORI TEICHERT



Dated: November 19, 2009            BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Todd Leras
                                    _____
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 17, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation And Order/Acosta                3