1 | LORIE J. TEICHERT
Attorney at Law
2 | California State Bar No. 142271
1322 F Street
3 | Sacramento, CA  95814
Telephone:  (916) 441-4410
4 | Facsimile:  (916) 441-4202

5 | Attorney for Defendant
GUADALUPE ALBERTO VELARDE-ROCHIN

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )      No. CR.S-09-356 LKK
                                     )
12 |           Plaintiff,              )      STIPULATION AND
                                     )      ORDER TO CONTINUE
13 |      v.                          )      BRIEFING SCHEDULE AND
                                     )      EVIDENTIARY HEARING
14 | RUBEN ACOSTA LUGO and             )
GUADALUPE ALBERTO VELARDE           )
15 | ROCHIN,                           )
                                     )
16 |           Defendants.            )
                                     )
17 | _____)

18 |      Plaintiff United States of America, by and through United

19 | States Attorney, Benjamin B. Wagner, and Assistant United States

20 | Attorney, Todd Leras, and defendants, Ruben Acosta Lugo, by and

21 | through his attorney, Caro Marks, AFD, and Guadalupe Alberto

22 | Velarde-Rochin, by and through his attorney, Lorie J. Teichert,

23 | request that the Court vacate the briefing schedule and

24 | evidentiary haring and reset them as follows:

| | CURRENT SCHEDULE | | **NEW SCHEDULE** |
|---|---|---|---|
| 26 | Defendants' motion: | 1/19/10 | **3/2/10** |
| 27 | Government's response: | 2/2/10 | **3/23/10** |
| 28 | Defendants' reply: | 2/16/10 | **3/30/10** |

1

1   HEARING ON MOTION:        2/23/10              **4/6/10**

2        The reason for the continuance is to allow time for the

3   defendants' expert witness to complete ongoing research and

4   analysis and to prepare a report and to allow time for the

5   completion of defense factual investigation.  Neither of these

6   tasks can be completed within the previous briefing schedule.

7        Therefore, the parties request the Court to continue this

8   case for an evidentiary hearing on April 6, 2010, or in the

9   alternative, for a status conference at which time this Court

10  will indicate whether or not the issue requires a hearing.  The

11  defense believes that it does.

12       The parties stipulate and agree that the time period from

13  the date of this order through and including April 6, 2010, shall

14  be excluded from computation of the time within which the trial

15  of the above criminal prosecution must be commenced under the

16  Speedy Trial Act to allow all parties time to effectively prepare

17  and to allow continuity of counsel.  The parties further

18  stipulate and agree that the ends of justice served by the Court

19  granting the parties' request outweigh the best interest of the

20  public and the defendants in a speedy trial, and that for the

21  purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

22  3161 et seq., all parties stipulate and agree that this is an

23  appropriate exclusion of time within the meaning of 18 U.S.C. §

24  3161(h)(7)(A) and (B)(iv), and Local Code T4.

25  Dated: January 15, 2010        Respectfully submitted,

26

                                    ___/s/ Lorie J. Teichert___
27                                  LORIE J. TEICHERT
                                    Attorney for Defendant
28                                  GUADALUPE ALBERTO VELARDE ROCHIN

                                    2

Dated: January 15, 2010          DANIEL J. BRODERICK
                                 Federal Defender


                                 By: /s/ Caro Marks
                                 CARO MARKS, AFD
                                 Attorney for Defendant
                                 RUBEN ACOSTA LUGO


Dated: January 15, 2010          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Todd Leras
                                 TODD LERAS
                                 Assistant U.S. Attorney




                              **ORDER**

     **IT IS SO ORDERED.**


Dated:     January 19, 2010



_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3