DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #15927
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUBEN ACOSTA-LUGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-CR-356 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | BRIEFING SCHEDULE AND EVIDENTIARY |
| v. ) | HEARING |
| ) | |
| RUBEN ACOSTA LUGO, and ) | Date: May 18, 2010 |
| GUADALUPE ALBERTO VELARDE ) | Time: 9:15 a.m. |
| ROCHIN, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| _____ ) | |

The United States of America, through Todd Leras, Assistant United States Attorney, together with defendants, Ruben Acosta-Lugo and Guadalupe Alberto Velarde Rochin, through their counsel, Caro Marks, AFD, and Lori Teichert, Esq., request that the court vacate the briefing schedule and evidentiary hearing and reset them as follows:

| OLD SCHEDULE | | ***NEW SCHEDULE*** |
|---|---|---|
| Defendant's motion | 3/2/2010 | ***4/13/2010*** |
| Gov't response | 3/23/2010 | ***5/4/2010*** |
| Defendant's reply | 3/30/2010 | ***5/11/2010*** |

Stipulation And Order/Acosta                    1

| | |
|---|---|
| 1 | HEARING ON MOTION    2/17/10    **5/18/2010** |

2   The reason for the continuance is to allow additional time for the
3 defense to receive and study documents expected in response to
4 subpoenas issued by the Office of the Federal Defender.  The
5 outstanding subpoena request for which the defense awaits includes
6 information vital to the pleadings and hearing on the anticipated
7 motion to suppress.  The defense cannot proceed with its filing without
8 first reviewing these documents, which it expects to receive sometime
9 during the week of March 8, 2010.  Defense counsel starts a trial that
10 week and so the parties stipulate the filing dates should be amended as
11 provided above.

12   The parties request the court to set this case for an evidentiary
13 hearing on May 18, 2010.  The defense believes that after reading the
14 pleadings this court will thoroughly concur that the motion to suppress
15 cannot be resolved without an evidentiary hearing.

16   The parties agree that the Court should continue to exclude time
17 under the Speedy Trial Act; specifically, the court should make a
18 finding of excludable time from the date of this order through May 18,
19 2010, to allow the defense additional time to prepare, and to allow
20 continuity of counsel.

21   The parties further agree that the ends of justice served by
22 granting the parties' request outweigh the best interest of the public
23 and the defendant in a speedy trial, and that for the purpose of
24 computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
25 within which trial must commence, the Court should exclude the noted
26 time period pursuant to § 3161(h)(7)(B)(iv), Local Code T4.

Stipulation And Order/Acosta            2

```
Dated: March 3, 2010                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS


Dated: March 3, 20101

                                    /s/ Lori Teichert
                                    _____
                                    LORI TEICHERT



Dated: March 3, 2010                BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Todd Leras
                                    _____
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

### O R D E R

**IT IS SO ORDERED.**

Dated: March 4, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation And Order/Acosta                3