LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
GUADALUPE ALBERTO VELARDE-ROCHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-09-356 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE |
| v. ) | BRIEFING SCHEDULE AND |
| ) | EVIDENTIARY HEARING |
| RUBEN ACOSTA LUGO and ) | |
| GUADALUPE ALBERTO VELARDE ) | Date: July 20, 2010 |
| ROCHIN, ) | Time: 9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____) | |

Plaintiff United States of America, by and through United States Attorney, Benjamin B. Wagner, and Assistant United States Attorney, Todd Leras, and defendants, Ruben Acosta Lugo, by and through his attorney, Caro Marks, AFD, and Guadalupe Alberto Velarde-Rochin, by and through his attorney, Lorie J. Teichert, request that the Court vacate the briefing schedule and evidentiary haring and reset them as follows:

|   CURRENT SCHEDULE      |         | **NEW SCHEDULE** |
|---|---|---|
| Defendants' motion:     | 4/13/10 | **5/25/10** |
| Government's response:  | 5/4/10  | **6/22/10** |
| Defendants' reply:      | 5/11/10 | **7/13/10** |

1

| | |
|---|---|
| 1 | HEARING ON MOTION:      5/18/10                    **7/20/10** |

2  The reason for the continuance is to allow time for the
3  defendants' to complete ongoing research and analysis of
4  documents received and to be received in response to subpoenas
5  issued by the Office of the Federal Defender and to allow time
6  for the completion of ongoing defense factual investigation which
7  is directly related to the pleadings and hearing on the
8  anticipated motion to suppress.  Neither of these tasks can be
9  completed within the previous briefing schedule.

10     Therefore, the parties request the Court to continue this
11 case for an evidentiary hearing on July 20, 2010, or in the
12 alternative, for a status conference at which time this Court
13 will indicate whether or not the issue requires a hearing.  The
14 defense strongly believes that it does.

15     The parties stipulate and agree that the time period from
16 the date of this order through and including July 20, 2010, shall
17 be excluded from computation of the time within which the trial
18 of the above criminal prosecution must be commenced under the
19 Speedy Trial Act to allow all parties time to effectively prepare
20 and to allow continuity of counsel.  The parties further
21 stipulate and agree that the ends of justice served by the Court
22 granting the parties' request outweigh the best interest of the
23 public and the defendants in a speedy trial, and that for the
24 purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
25 3161 et seq., all parties stipulate and agree that this is an
26 appropriate exclusion of time within the meaning of 18 U.S.C. §
27 3161(h)(7)(A) and (B)(iv), and Local Code T4.
28 //

```
 1  Dated: April 13, 2010              Respectfully submitted,

 2
                                        /s/ Lorie J. Teichert
 3                                     LORIE J. TEICHERT
                                       Attorney for Defendant
 4                                     GUADALUPE ALBERTO VELARDE ROCHIN

 5  Dated: April 13, 2010              DANIEL J. BRODERICK
                                       Federal Defender
 6

 7                                     By:  /s/ Caro Marks
                                       CARO MARKS, AFD
 8                                     Attorney for Defendant
                                       RUBEN ACOSTA LUGO
 9

10  Dated: April 13, 2010              BENJAMIN B. WAGNER
                                       United States Attorney
11

12                                     By: /s/ Todd Leras
                                       TODD LERAS
13                                     Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: April 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3