UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-09-356 LKK

    Plaintiff,

  v.                         O R D E R

RUBEN ACOSTA LUGO and
GUADALUPE ALBERTO VELARDE ROCHIN,

    Defendants.
_____/

    The court is in receipt of the materials submitted by Shasta County and has reviewed same.

    Defense counsel Caro Marks is hereby directed to pick up the documents and copy them for defense counsel Lorie Teichert and Assistant U.S. Attorney Todd Leras forthwith.

    IT IS SO ORDERED.

    DATED: June 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1