BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 2:09-CR-0356 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO RESET MOTION SCHEDULE AND |
| RUBEN ACOSTA LUGO, and | ) HEARING DATE |
| GUADALUPE ALBERTO VELARDE ROCHIN, | ) |
| Defendants. | ) |

   Plaintiff United States of America and Defendants Ruben Acosta Lugo ("Acosta") and Guadalupe Velarde Rochin ("Velarde"), through their respective counsel, Assistant Federal Defender Caro Marks and Attorney Lorie J. Teichert, stipulate and agree to the following revised schedule regarding briefing and re-setting the hearing on two pending defense motions.  Defendants have filed and cross-joined in Velarde's "Motion to Suppress Evidence and Statements and Motion to Dismiss Based on Equal Protection and Due Process Violations" (for ease of reference, as explained below, referred to as the "Suppression Motion") and Acosta's "Motion to Dismiss Indictment

1

Based on Equal Protection and Due Process Violations" (the "Equal Protection Motion").  Though the "Fourth Amendment" was inadvertently not referenced in the caption of Velarde's Suppression Motion, the parties agree that it alleges both Fourth Amendment violations (Sections I-V of the motion) and Equal Protection and Due Process Clause violations (Section VI, pp. 23-26).  The parties wish to bifurcate the Fourth Amendment issues from the Due Process and Equal Protection Clause issues.  Therefore, the term "Suppression Motion" refers only to Sections I-V of Velarde's motion.  With this express understanding, the parties agree to vacate the non-evidentiary hearing date scheduled for both motions on July 20, 2010, and set the following schedule:

**Fourth Amendment Suppression Motion**

1. Government's Opposition shall be filed no later than August 10, 2010;
2. Defendants' Reply shall be filed no later than August 24, 2010; and
3. An evidentiary hearing on the Suppression Motion shall be set for September 30 through October 1, 2010.

**Equal Protection Motion**

1. A briefing schedule and evidentiary hearing, if necessary, will be set by the parties following the hearing on the Suppression Motion on October 1, 2010.

After conferring on the matter, the parties believe that the evidentiary hearing for the Motion to Suppress is likely to require two court days.  The parties have consulted with the clerk and the Court is available on September 30 and October 1, 2010.
/ / /

Additionally in light of the legal and factual issues raised by both motions, the parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel and 18 U.S.C. § 3161(h)(1)(D) - Local Code E - pending motion.  The parties agree to exclusion of time for the reasons stated above from July 20, 2010, up to and including October 1, 2010.  Defense counsel have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: July 14, 2010             By: /s/ Todd D. Leras
                                              TODD D. LERAS
                                              Assistant U.S. Attorney

DATED: July 14, 2010             By: /s/ Todd D. Leras for
                                              CARO MARKS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RUBEN ACOSTA LUGO

DATED: July 14, 2010             By: /s/ Todd D. Leras for
                                              LORIE J. TEICHERT
                                              Attorney for Defendant
                                              GUADALUPE VELARDE ROCHIN

**ORDER**

Based on the stipulation of the parties, it is hereby ordered that the revised briefing schedule is adopted and that time shall be excluded under Local Code T-4 and Local Code E from July 20, 2010, up to and including October 1, 2010. The evidentiary hearing on Defendants' Motion to Suppress Evidence is scheduled for September 30 through October 1, 2010. A non-evidentiary hearing on Defendants' Equal Protection Motion is set for October 1, 2010.

DATED: July 19, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4