```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 2:09-CR-0356 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) TO MODIFY BRIEFING SCHEDULE |
| RUBEN ACOSTA LUGO, and GUADULUPE ALBERTO VELARDE ROCHIN, | ) |
| Defendants. | ) |

Plaintiff United States of America and Defendants Ruben Acosta Lugo and Guadulupe Velarde Rochin, through their respective counsel, Assistant Federal Defender Caro Marks and Attorney Lorie J. Teichert, stipulate and agree to modify the schedule for briefing Defendants' Motion to Suppress Evidence.  The matter is currently set for evidentiary hearing on September 30 and October 1, 2010. The hearing date will remain the same.  The parties agree to modify the briefing schedule as follows:

    1.    Government's Opposition shall be filed no later than August 13, 2010; and

Stipulation and
Order Re Briefing Schedule         1

2. Defendant's Reply shall be filed no later than August 27, 2010.

The parties are discussing potential resolution of the case. The additional time is needed to determine whether the case can be resolved. Accordingly, the parties stipulate to the modified briefing schedule.

Time has previously been excluded up to and including October 1, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel and 18 U.S.C. § 3161(h)(1)(D) - Local Code E - pending motion. Attorneys Caro Marks and Lorie Teichert have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 10, 2010        By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: August 10, 2010        By: /s/ Todd D. Leras for
                                  CARO MARKS
                                  Attorney for Defendant
                                  RUBEN ACOSTA LUGO

DATED: August 10, 2010        By: /s/ Todd D. Leras for
                                  LORIE J. TEICHERT
                                  Attorney for Defendant
                                  GUADALUPE VELARDE ROCHIN

---

**ORDER**

Stipulation and
Order Re Briefing Schedule        2

1   Good cause having been shown, it is hereby ordered that the
2 modified briefing schedule proposed by the parties is adopted.  The
3 hearing on Defendants' Motion to Suppress Evidence remains set for
4 September 30 through October 1, 2010.

DATED: August 13, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and
Order Re Briefing Schedule          3