```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>GUADALUPE ALBERTO VELARDE ROCHIN, aka Juan Jose Padilla, <br><br>　　　　　　Defendant. | CR. NO. 2:09-CR-0356 LKK <br><br> ORDER RE: <br> GOVERNMENT'S MOTION TO DISMISS AS <br> TO DEFENDANT VELARDE ROCHIN |

　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves the Court for an order dismissing without prejudice the charges against Guadalupe Alberto Velarde Rochin (also known as Juan Jose Padilla) in the indictment and superseding indictment.

　　　The government bases this motion on evidence and information obtained post-indictment. Based on the results of investigation of information provided by defense counsel, the government believes that it would not be able to sustain its burden of proof beyond a reasonable doubt against Velarde Rochin if this matter proceeded to

Government's Motion to Dismiss　　　1

1 trial.
2      The government therefore requests that the Court grant its
3 motion to dismiss charges against Velarde Rochin.
4
5                                    Respectfully submitted,
6                                    BENJAMIN B. WAGNER
                                     United States Attorney
7
8 DATED: September 20, 2010     By:  /s/ Todd D. Leras
                                     TODD D. LERAS
9                                    Assistant U.S. Attorney

Government's Motion to Dismiss    2

**ORDER**

Based on the government's motion, it is hereby ordered that the charges in the indictment and superseding indictment against defendant Guadalupe Alberto Velarde Rochin (also known as Juan Jose Padilla) are dismissed without prejudice.

DATED: September 21, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Government's Motion to Dismiss     3