UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:09CR00356 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GUADALUPE ALBERTO VELARDE ) | |
| ROCHIN, ) | |
| ) | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  __GUADALUPE ALBERTO VELARDE ROCHIN__ , Case No.  __2:09CR00356__ , Charge  __21 USC 841(a)(1) - Possession with Intent to Distribute at Least 500 Grams of Methamphetamine__ , from custody for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $__

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other) __The government's motion to dismiss the Indictment as to defendant Velarde Rochin was GRANTED.__

Issued at  __Sacramento, CA__  on  __September 21, 2010__  at  __9:29 am__ .

By  /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal